**Joyce S. KIMBLE, Plaintiff–Appellant,**

**v.**

**MONTGOMERY COUNTY BOARD OF EDUCATION; Montgomery County Public Schools; Montgomery County Government; Jerry D. Weast, Dr., Superintendent, Montgomery County Public Schools; Paul Vance, Dr., Superintendent, District of Columbia Public Schools; Katherine Gutterman, Division of Insurance & Retirement, Montgomery County Public Schools; Ann Kamenstein, Human Resources Compliance Specialist, Montgomery County Public Schools; Gary Levine, Montgomery County Public Schools, Department of Human Resources; Elizabeth Arons, Dr.,**

Associate Superintendent, Montgomery County Public Schools; Rae White, Gaithersburg High School; Fred S. Evans, Defendants–Appellees.

No. 02–2257.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 22, 2003.

Joyce S. Kimble, Appellant Pro Se. Patricia Prestigiacomo Via, Assistant County Attorney, Rockville, Maryland, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joyce S. Kimble appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2000) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Kimble v. Montgomery County Bd. of Educ.,* No. CA–01–3715–PJM (D. Md. July 31, 2002; Oct. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*